PHILLIP A. TALBERT
United States Attorney
PETE THOMPSON
Acting Regional Chief Counsel
MARGARET LEHRKIND
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (510) 970-4829
    Email: Margaret.Lehrkind@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIELLA VIVIANA MIRANDA MEDINA, <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, <br> Acting Commissioner of Social Security, <br><br> Defendant. | Civil No. 1:22-cv-00519-GSA <br><br> **STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

      The parties stipulate through counsel that Defendant, the Acting Commissioner of Social Security (the "Commissioner"), shall have an extension of time to respond to Plaintiff's Complaint in this case. In support of this request, the Commissioner respectfully states as follows:

      1.    Defendant's response to Plaintiff's Complaint is due August 1, 2022. Defendant has not previously requested an extension of this deadline.

      2.    Defendant's counsel was added as an attorney to this case on July 29, 2022.

      3.    The certified administrative record (CAR) in this case has not been finalized for filing. The agency's Office of Appellate Operations (OAO) is responsible for preparation of CARs. Counsel

for the Commissioner is in contact with OAO to ensure that the CAR is properly certified for filing. Accordingly, Defendant requests an extension of 60 days to respond to Plaintiff's Complaint.

4. Counsel for the Commissioner has consulted with Plaintiff's counsel who advised that he has no objections.

5. This request is made in good faith and is not intended to delay the proceedings in this matter.

WHEREFORE, Defendant requests until September 30, 2022, respond to Plaintiff's Complaint.

Respectfully submitted,

Date: *July 29, 2022*          Law Offices of Francesco Benavides

By: */s/ Francesco Paulo Benavides  \**
Francesco Paulo Benavides
*\*Authorized by email on July 29, 2022*
Attorneys for Plaintiff

Date: *July 29, 2022*          PHILIP A. TALBERT
United States Attorney
Eastern District of California

By: */s/ Margaret Lehrkind*
MARGARET LEHRKIND
Special Assistant United States Attorney
Attorneys for Defendant

ORDER

IT IS SO ORDERED.

Dated:  **July 29, 2022**          **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE